Lee Anthony FISHER, Petitioner— Appellant,

v.

Bobby SHEARIN, Respondent— Appellee.

No. 04–6476.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 4, 2004.

Decided Aug. 27, 2004.

Lee Anthony Fisher, Appellant pro se. Thomas Michael DiBiagio, United States Attorney, Baltimore, Maryland; Matthew Wayne Mellady, United States Department of Justice, Annapolis Junction, Maryland, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Lee Anthony Fisher, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Fisher v. Shearin,* No. CA–03–2975–8–AW (D.Md. Jan. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*